UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMARIS J. COLEMAN,

    Defendant.

Case: 4:25-cr-20382
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 05-21-2025
SEALED MATTER (sk)

Violations:
21 U.S.C. § 841
18 U.S.C. § 924(c)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession with Intent to Distribute Cocaine**
**21 U.S.C. § 841(a)(1), (b)(1)(C)**

On or about May 7, 2025, in the Eastern District of Michigan, DEMARIS J. COLEMAN, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
## Possession of a Firearm in Furtherance of a Drug Trafficking Crime
## 18 U.S.C. § 924(c)

On or about May 7, 2025, in the Eastern District of Michigan, DEMARIS J. COLEMAN, knowingly possessed a firearm, that is, a Radical AR multicaliber pistol; a Radikal 12-gauge shotgun; and a 9mm semi-automatic pistol bearing no manufacturer or model information, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a) and Title 18, United States Code, Section 924(d)(1).

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, defendant shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

2

Upon conviction of an offense charged in Count Two of this Indictment, defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to a Radical AR multicaliber pistol, bearing serial number 21-051597; a Radikal 12-gauge shotgun, bearing serial number W-07053; a 9mm semi-automatic pistol bearing no manufacturer or model information with serial number 1AA1064; and assorted ammunition.

Dated: May 21, 2025

JEROME F. GORGON, JR.
United States Attorney

*s/William Orr*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

*s/William Orr*
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747Flint,
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

| Companion Case information MUST be completed by | | Case: 4:25-cr-20382 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case | Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 05-21-2025<br>SEALED MATTER (sk) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes        x No | AUSA's Initials:  WO |

**Case Title:** USA v. Demaris J. Coleman

**County where offense occurred:** Genesee

**Check One:**   **X** Felony     __ Misdemeanor   __ Petty

     __X__ Indictment/ ____Information --- **no** prior complaint.
     _____ Indictment/ ____Information --- based upon prior complaint []
     _____ Indictment/ ____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

     ☐   Corrects errors; no additional charges or defendants.
     ☐   Involves, for plea purposes, different charges or adds counts.
     ☐   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                    **Charges**                    **Prior Complaint (if applicable)**

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  May 21, 2025

*s/William Orr*
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:   Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.